PROB 12C
(7/93)

Report Date: August 9, 2010

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 09 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Mireles            Case Number: 2:06CR02059-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 9/26/2006

| | |
|---|---|
| Original Offense: | Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 57 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| Defense Attorney: | Jerry D. Talbott |

Type of Supervision: Supervised Release

Date Supervision Commenced: 5/17/2010

Date Supervision Expires: 5/16/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On July 16, 2010, and incident report was filed by the Toppenish Police Department charging the defendant with first degree kidnaping and first degree rape, case number 10-3792.<br><br>According to the Yakima County Superior Court Prosecuting Attorney's Office, the case is still under review. |
| 2 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Raul Mireles failed to report to the U.S. Probation Office on August 9, 2010. |

Prob12C
Re: Mireles, Raul
August 9, 2010
Page 2

On August 6, 2010, The undersigned officer attempted to contact the defendant at his listed residence in Yakima, but there was no one home. A business card was left on his door jamb with instructions for him to report on August 9, 2010, at 1 p.m., but he failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: s/Jose Vargas

08/09/2010

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

8/9/10
Date