Case 2:06-cr-02059-RHW    Document 69    Filed 11/29/10

PROB 12C  
(7/93)

Report Date: November 29, 2010

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 29 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Mireles   Case Number: 2:06CR02059-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable James P. Hutton, U.S. Magistrate Judge

Date of Original Sentence: 9/26/2006

Original Offense:    Possession of a Firearm by a Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison - 57 Months; TSR - 36 Months   Type of Supervision: Supervised Release

Asst. U.S. Attorney: Gregory M. Shogren   Date Supervision Commenced: 10/1/2010

Defense Attorney:    Ulvar Klein   Date Supervision Expires: 7/31/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Mr. Mireles failed to report to the U.S. Probation Office as directed on November 29, 2010.

On November 29, 2010, the defendant was directed to report for an office visit that same day at 9 a.m. Mr. Mireles indicated that even though he thought he would be arrested for supervision violations, he would report as directed. Later that morning the defendant contacted this officer by phone on three occasions but failed to report as directed.

| | |
| --- | --- |
| 2 | **Special Condition #17**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

**Supporting Evidence**: Raul Mireles consumed alcohol on November 20, 2010.

On November 21, 2010, the defendant was contacted at his listed residence in Yakima, at which time he admitted to consuming alcohol on November 20, 2010. The defendant subsequently reviewed and signed an alcohol admission's form.

3          **Special Condition #19**: You shall participate in the home confinement program for 120 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay. You are restricted to your residence at all times except for employment, education, religious services, medical, substance abuse, or mental health treatment, attorney visits, Court appearances, Court-ordered obligations, or other activities as preapproved by the supervising officer.

**Supporting Evidence**: Raul Mireles failed to abide by the requirements of the home confinement program on November 20, and 29, 2010.

On November 20, 2010, the defendant failed to return to his residence by his 4 p.m. curfew. The defendant arrived at approximately 7:39 p.m. that evening.

On November 29, 2010, the defendant was granted time out from 8:30 a.m. to 12 p.m. to report to the U.S. Probation Office at 9 a.m. Mr. Mireles left his residence at 8:45 a.m. but failed to report to the U.S. Probation Office. Additionally he failed to return to his residence by 12 p.m. and his whereabouts remain unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/29/2010

s/Jose Vargas

Jose Vargas
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_James P. Hutton_
Signature of Judicial Officer

11/29/10
Date